Ingram Micro Inc.
1759 Wehrle Drive
Williamsville, NY 14221



# INVOICE

INVOICE #: 50-68680-11
INVOICE DATE: 02-14-19
CUSTOMER #: 50-469372-000
PAGE: 1 of 1

Please Remit All Payments To:
INGRAM MICRO INC.
P.O. BOX 775877
CHICAGO, IL 60677-5877

**SOLD TO:**
ELITE IT PARTNERS, INC.
1548 N TECHNOLOGY WAY STE 1100
OREM UT 84097-2394

**SHIP TO:**
SAME

COMMENTS: * INVOICE AMOUNTS IN U.S. CURRENCY *

| CUSTOMER PO | SHIP VIA | PAYMENT TERMS | CURRENCY |
|---|---|---|---|
| JANUARY 2019 MSP | CLOUD | NET 30 | USD |

| ITEM NO/DESCRIPTION | ORDERED | SHIPPED | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| EU: Elite IT Partners<br>719 E Timpanogos Pkwy<br>OREM    UT 84097<br>Wally Randolph<br>VP, OPERATIONS<br>8013411840<br>WRANDOLPH@ELITEITPARTNERS.COM<br>KP7193 WORRY-FREE BUSINESS SECURITY    CLDS<br>SVC XSP 1 MO T2/B2B 5001-10000U<br>VEND PART: WFNN0072<br>EU#-003411555 ELITE IT PARTNERS<br>MC#C | 6246 | 6246 | EA | $0.96 | $5,996.16 |

NOTE:   THIS INVOICE IS FOR PRODUCT SHIPPED DIRECTLY
FROM THE VENDOR: TREND MICRO - MSP
VENDOR NAME IS ON THE CORRESPONDING PACKING SLIP



**Effective 12/10/18, your remit to has changed. Please check your invoice for the new remittance address. To save time and money, you can always log-in to your Invoice Gateway account to schedule an online payment!**

The sale and shipment of Product listed on this Invoice are subject to Ingram Micro's Sales Terms and Conditions at http://us-new.ingrammicro.com. Any variance from those terms and conditions will be effective only if agreed to in advance and in writing by Ingram Micro. Ingram's then-current service charge will be charged on all past due balances commencing on the date payment is due.

Net Invoice: $5,996.16
Freight:
Sales Tax:
Misc.
INVOICE TOTAL: $5,996.16

| TO SIGN-UP ONLINE GO TO: | http://ingrammicrous.billtrust.com | USE THIS ENROLLMENT TOKEN: | MZS KGL ZZL |
|---|---|---|---|