

**THOMAS R. BARTON, ESQ.**
Direct Dial: 801.524.1034
Email: tbarton@princeyeates.com

**ALEX B. LEEMAN, ESQ.**
Direct Dial: 801.524.1007
Email: aleeman@princeyeates.com

March 6, 2019

## *VIA U.S. MAIL and E-MAIL*

Brett Tolman (btolman@rqn.com)
Z. Ryan Pahnke (rpahnke@rqn.com)
RAY QUINNEY & NEBEKER P.C
36 South State Street, Suite 1400
Salt Lake City, Utah 84111

    **Re:    Elite IT Receivership: Missing hard drives**

Dear Brett and Eric,

    We have determined that two or three external hard drives (the "hard drives") were removed from Mr. Martinos's office on Thursday, February 28, 2019. The purpose of this letter is to demand their immediate return if they are in the possession of Mr. Martinos, or if he otherwise knows where they are.

    The hard drives were observed by multiple people from the FTC on the morning of February 28. They were located in one of the drawers on the right side of Mr. Martinos' workstation, in between his seating area and the refrigerator. The hard drives were not large—approximately the size of a paperback novel. They were noticed during the morning of February 28. The FTC's IT personnel left them where they were, in the drawer, and planned on imaging them later. That afternoon, however, after all the Elite IT personnel had left, the hard drives were gone.

    During the "immediate access" operation, Elite IT personnel were instructed not to remove any equipment, materials or other items from the office. Given the location of the hard drives, it presumed they were the property of Elite IT. Therefore, they are subject to the Receivership and must be immediately returned. *See* TRO, §§ XIV, XV, XVII, XVIII, and XXIII.

    We do not know who removed the hard drives. It is reasonable to conclude that Mr. Martinos removed them; or if not, he may know who did or where they are. As stated above, we demand the immediate return of the hard drives. If Mr. Martinos does not have them, he should provide any information he has about where they are and who removed them.

      Any party who is in possession of the hard drives is instructed not to delete any material from them, damage them, or alter them in any way. If the hard drives are not returned, we will consider bringing the matter to the Court's attention.

      Should you wish to discuss the contents of this letter, please do not hesitate to contact us at your earliest convenience. We appreciate your prompt response.

      Sincerely,

      Thomas R. Barton
      Alex B. Leeman
      PRINCE, YEATES & GELDZAHLER

cc:    Amanda R. Grier
       Elsie B. Kappler
       Colleen B. Robbins
       Sally McMinimee
       Alex B. Leeman
       Troy Parkinson

4851-8927-0153, v. 2

# Alex B. Leeman

| | |
|---|---|
| **From:** | Brett Tolman <BTolman@rqn.com> |
| **Sent:** | Wednesday, March 6, 2019 8:12 PM |
| **To:** | Alex B. Leeman |
| **Cc:** | Z. Ryan Pahnke; Eric Benson; Katherine Priest; Thomas R. Barton; Sally B. McMinimee; G. Troy Parkinson |
| **Subject:** | Re: Letter re Missing Hard Drives |

Tom

I've spoken to Jim. There was no nefarious intent. These drives have personal files and pictures so Jim grabbed these when told to grab his personal effects. We will have them returned tomorrow to you. As a practical matter, I believe you may have all the same data on the laptop and other computers of which you are in possession. Please let me know if you need anything else.

Brett

Brett L. Tolman | Ray Quinney & Nebeker P.C. | 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: 801-323-3374 | Facsimile: 801-532-7543 | www.rqn.com

This email is from a law firm and may contain privileged or confidential information. Any unauthorized disclosure, distribution, or other use of this email and its content is prohibited. If you are not the intended recipient, please contact the sender and delete this email. Thank you.

On Mar 6, 2019, at 4:59 PM, Alex B. Leeman <aleeman@princeyeates.com> wrote:

Brett,

Please see attached.

**Alex B. Leeman | Prince, Yeates & Geldzahler, P.C.**
15 West South Temple, Suite 1700 | Salt Lake City, Utah 84101
Direct +1-801-524-1007│Fax +1-801-524-1098
aleeman@princeyeates.com | www.princeyeates.com

<image002.jpg>
<image004.jpg>  <image006.jpg>

**NOTICE OF CONFIDENTIALITY** This e-mail message and its attachments (if any) are intended solely for the use of the addressee.  In addition, this message and its attachments (if any) may contain information that is confidential, privileged, and exempt from disclosure under applicable law.  If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege.  If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system.

<Elite IT – Letter re Hard Drives.pdf>