**PRINCE, YEATES & GELDZAHLER**
Thomas R. Barton (6827) (tbarton@princeyeates.com)
Alex B. Leeman (12578) (aleeman@princeyeates.com)
G. Troy Parkinson (9011) (gtp@princeyeates.com)
15 West South Temple, Suite 1700
Salt Lake City, Utah 84101
Telephone: (801) 524-1000
Facsimile: (801) 524-1098

*Attorneys for the Receiver*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ELITE IT PARTNERS, INC., a Utah corporation doing business as ELITE IT HOME, and JAMES MICHAEL MARTINOS, individually and as an officer of ELITE IT PARTNERS, INC.,<br><br>Defendants. | **RECEIVER'S FIRST ACCOUNTING**<br><br>Civil No. 2:19-cv-00125-RJS<br><br>Hon. Robert J. Shelby |

Thomas R. Barton, court-appointed receiver ("Receiver") over Elite IT Partners, Inc. ("Elite IT"), and each of its subsidiaries, affiliates, successors and assigns (collectively the "Receivership Entities"[1]), submits his first accounting ("Accounting") in accordance with the TRO, Order: § XIV.L. A copy of the Accounting, entitled "Accounting of the Assets and

---

[1] The Receivership Entities, as defined in the *Ex Parte* Temporary Restraining Order, With Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief [Docket No. 15] (the "TRO"), includes Elite IT as well as any other entity that has conducted any business related to the marketing or sale of its technical support products and services, including receipt of Assets derived from any activity that is subject of the Complaint in this matter, and that the Receiver determines is controlled or owned by any other defendant in this matter. *See* TRO, p. 5.

Financial Condition of the Receivership, Dated March 20, 2019" is attached hereto as Exhibit A. The Accounting was created by Rocky Mountain Advisory, LLC with input from the Receiver, his assistants and other sources as noted in the Accounting itself.

DATED this 25th day of March, 2019.

PRINCE, YEATES & GELDZAHLER

/s/ Alex B. Leeman
Thomas R. Barton, Esq.
Alex B. Leeman, Esq.
G. Troy Parkinson, Esq.

*Attorney for the Receiver*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **RECEIVER'S FIRST ACCOUNTING** was filed with the Court's e-filing service this 25TH day of March, 2019, which sent notice to the following:

    Amanda R. Grier (agrier@ftc.gov)
    Colleen B. Robbins (crobbins@ftc.gov)
    Elsie B. Kappler (ekappler@ftc.gov)
    FEDERAL TRADE COMMISSION
    600 Pennsylvania Ave. NW, CC-8528
    Washington, DC 20580

*Attorneys for the Federal Trade Commission*

    Brett L. Tolman (btolman@rqn.com)
    Eric G. Benson (ebenson@rqn.com)
    Z. Ryan Pahnke (rpahnke@rqn.com)
    Katherine Priest (kpriest@rqn.com)
    RAY QUINNEY & NEBEKER P.C.
    36 South State Street, Suite 1400
    P.O. Box 45385
    Salt Lake City, Utah 84145-0385

*Attorneys for James Martinos*

                                          /s/ Alex B. Leeman

4841-0407-2334, v. 1