IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>    Plaintiff,<br>v.<br>ELITE IT PARTNERS, INC., a Utah corporation doing business as ELITE IT HOME, and<br>JAMES MICHAEL MARTINOS, individually and as an officer of ELITE IT PARTNERS, INC.<br><br>    Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO APPROVE SALE OF VEHICLE**<br><br>Case No. 2:19-CV-125 RJS-CMR<br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

The Court has considered the Receiver's Motion[1] requesting approval to sell certain assets of Elite IT Partners described and on the terms set forth in the Asset Purchase Agreements attached to the Motion as Exhibits A and B. Finding that the proposed terms of sale are fair and reasonable and additionally finding that good cause exists, under the circumstances, to dispense with the formalities of 28 U.S.C. § 2001 in favor of an expeditious and efficient disposition of the subject assets, the Court GRANTS the Motion and APPROVES the sale of assets on the terms proposed.

SO ORDERED this 29th day of July, 2019.

BY THE COURT:

_____
ROBERT J. SHELBY
Chief United States District Judge

---

[1] Dkt. 125.