IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>    Plaintiff,<br>v.<br>ELITE IT PARTNERS, INC., a Utah corporation doing business as ELITE IT HOME, and<br>JAMES MICHAEL MARTINOS, individually and as an officer of ELITE IT PARTNERS, INC.<br><br>    Defendants. | **AMENDED MEMORANDUM DECISION AND ORDER GRANTING RECEIVER'S MOTION TO APPROVE SALE OF ASSETS**<br><br>Case No. 2:19-CV-125 RJS-CMR<br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

The Court has considered the Receiver's Motion[1] requesting approval to sell certain assets of Elite IT Partners described and on the terms set forth in the Asset Purchase Agreements attached to the Motion as Exhibits A and B.[2] Finding that the proposed terms of sale are fair and reasonable and additionally finding that good cause exists, under the circumstances, to dispense with the formalities of 28 U.S.C. § 2001 in favor of an expeditious and efficient disposition of the subject assets, the Court GRANTS the Motion and APPROVES the sale of assets on the terms proposed.

---

[1] Dkt. 125.

[2] The court previously approved the sale of the assets; however, the approval Order contained an incorrect caption. *See* Dkt. 126. The court therefore amends its Order by including the caption above.

SO ORDERED this 29th day of July, 2019.

                      BY THE COURT:

                      _____
                      ROBERT J. SHELBY
                      Chief United States District Judge