Amanda R. Grier (agrier@ftc.gov)
Colleen B. Robbins (crobbins@ftc.gov)
Elsie B. Kappler (ekappler@ftc.gov)
FEDERAL TRADE COMMISSION
(Each appearing pursuant to DUCivR83-1.1(e))
Attorneys for Plaintiff
Division of Marketing Practices
600 Pennsylvania Ave., N.W., CC-8528
Washington, DC 20580
Telephone: (202) 326-3745
Facsimile: (202) 326-3395

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ELITE IT PARTNERS, INC., a Utah corporation doing business as ELITE IT HOME, and<br><br>JAMES MICHAEL MARTINOS, individually and as an officer of ELITE IT PARTNERS, INC.,<br><br>Defendants. | **NOTICE OF A PROPOSED STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT AS TO ALL DEFENDANTS**<br><br>Case No. 2:19-CV-125 RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

Plaintiff the Federal Trade Commission ("FTC" or "Plaintiff") submits this Notice of a Proposed Stipulated Order for Permanent Injunction and Monetary Judgement as to All Defendants.

The Commission and Defendant Elite IT Partners, Inc., through Receiver, Thomas Barton, and Defendant James Michael Martinos stipulate to the entry of a Stipulated Order for Permanent Injunction and Monetary Judgment ("Stipulated Order") to resolve all maters in dispute in this action between all parties. The parties request the Court's approval of the Stipulated Order.

Dated: November 21, 2019                Respectfully Submitted,

/s/ Amanda R. Grier
Amanda R. Grier
Colleen B. Robbins
Elsie B. Kappler
Federal Trade Commission
600 Pennsylvania Ave., N.W., CC-8528
Washington, DC  20580
(202) 326-3745 (Grier)
(202) 326-2548 (Robbins)
(202) 326-2466 (Kappler)
agrier@ftc.gov
crobbins@ftc.gov
ekappler@ftc.gov
*Attorneys for the Plaintiff Federal Trade Commission*

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, I electronically filed the foregoing **NOTICE OF A PROPOSED STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT AS TO ALL DEFENDANTS** with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to counsel of record identified on the service list below:

| | |
|---|---|
| Eric G. Benson | Alex B. Leeman |
| Z. Ryan Pahnke | Parsons, Behle & Latimer |
| Katherine E. Priest | 201 South Main Street, Suite 1800 |
| Ray Quinney & Nebeker P.C. | Salt Lake City, Utah 84111 |
| 36 South State Street, Suite 1400 | (801) 532-1234 |
| Salt Lake City, Utah 84111 | aleeman@parsonsbehle.com |
| (801) 532-1500 | *Attorneys for Receiver Thomas R. Barton* |
| ebenson@rqn.com | |
| rpahnke@rqn.com | |
| kpriest@rqn.com | |

Brett L. Tolman
The Tolman Group
13827 S. Sprague Lane, Ste. 220
Draper, UT 84020
(801) 824-2780
brett@tolmangroup.com

*Attorneys for Defendant
James Michael Martinos*

                                                  /s/ Amanda R. Grier
                                                  Amanda R. Grier