Thomas R. Barton (6827)
Alex B. Leeman (12578)
Matthew J. Van Wagoner (16596)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
tbarton@parsonsbehle.com
aleeman@parsonsbehle.com
ecf@parsonsbehle.com
*Receiver and attorneys for Receiver*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE IT PARTNERS, INC., and JAMES MICHAEL MARTINOS,<br><br>Defendants. | **NOTICE OF DISSOLUTION OF ELITE IT PARTNERS, INC.**<br><br>Case No. 2:19-cv-00125-RJS |

Thomas R. Barton, court-appointed receiver ("Receiver") over Elite IT Partners, Inc. ("Elite IT Partners") hereby provides notice of the corporate dissolution of Elite IT Partners, effective April 29, 2020.  Copies of the Articles of Dissolution and other dissolution papers filed with the State of Utah are attached collectively as Exhibit A.  The dissolution was effected in accordance with the Court's Order Authorizing Receiver to Wind-Up Receivership Entities and Liquidate Receivership Assets (Dkt. No. 114), which, among other things, directs the Receiver to voluntarily dissolve Elite IT Partners in accordance with state law, and in anticipation of the

termination of the Receivership, which the Receiver anticipates requesting within the next 30 days.

DATED May 1, 2020.

/s/ Alex B. Leeman
Thomas R. Barton
Alex B. Leeman
PARSONS BEHLE & LATIMER

Receiver and attorneys for Receiver

2

4822-3665-8619v2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF DISSOLUTION OF ELITE IT PARTNERS, INC. was filed with the Court's e-filing service this 1st day of May 2020, which sent notice to the following:

Amanda R. Grier (agrier@ftc.gov)
Colleen B. Robbins (crobbins@ftc.gov)
Elsie B. Kappler (ekappler@ftc.gov)
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave. NW, CC-8528
Washington, DC 20580
Attorneys for the Federal Trade Commission

Brett L. Tolman (brett@tolmangroup.com)
THE TOLMAN GROUP
13827 Sprague Lane, Suite 220
Draper, UT 84020
Attorneys for James Martinos

In addition, notice was sent by email to the following unrepresented shareholders of Elite IT Partners:

Victor A. Trujillo (vtrujillo@directpointe7.com)
Wally Randolph (wrandolph@directpointe7.com)
Mike Maxwell (michaeldmaxwell@yahoo.com)

/s/ Alex B. Leeman