Thomas R. Barton (6827)
Alex B. Leeman (12578)
Matthew J. Van Wagoner (16596)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
tbarton@parsonsbehle.com
aleeman@parsonsbehle.com
ecf@parsonsbehle.com
*Receiver and attorneys for Receiver*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, Plaintiff, vs. ELITE IT PARTNERS, INC., and JAMES MICHAEL MARTINOS, Defendants. | **RECEIVER'S MOTION TO EXTEND RECEIVERSHIP THROUGH JUNE 15, 2020** Case No. 2:19-cv-00125-RJS |

In accordance with the Stipulated Order for Permanent Injunction and Monetary Judgment as to Defendants Elite IT Partners, Inc. and James Michael Martinos ("Order for Permanent Injunction") (Dkt. No. 150), p. 10, Section X.D., Thomas R. Barton, court-appointed receiver ("Receiver") over Elite IT Partners, Inc. ("Elite"), hereby requests that the Court extend his term until June 15, 2020.

According to the terms of the Permanent Injunction, the Receiver's term expired on or about April 7, 2020.  The Receiver inadvertently overlooked this expiration, and has continued to wind-up the affairs of Elite IT and prepare to terminate the Receivership.  For example, the

Receiver voluntarily dissolved Elite with the State of Utah, and is preparing to file the 2019 tax return for Elite.  The Receiver has also continued to communicate with plaintiff Federal Trade Commission ("FTC") and the Court about his activities.  To some extent, the winding-up process has been delayed by the Covid-19 pandemic, but it is also true that the Receiver has simply needed additional time (beyond the 120 days provided for in the Order for Permanent Injunction) to attend to this matter.  Good cause thus exists to extend the term of the Receivership another 45 days from today's date, by which time the Receiver expects to be finished and to have submitted a final status report and motion to terminate.  Therefore, the Receiver respectfully requests that the Court, retroactively from April 7, 2020, extend the term of the Receivership up through and including June 15, 2020.

       The Receiver has notified counsel for plaintiff the Federal Trade Commission ("FTC") of this motion and his request to extend the term of the Receivership.  Counsel for the FTC has indicated that it has no objection.

       DATED May 1, 2020.

/s/ Alex B. Leeman
Thomas R. Barton
Alex B. Leeman
Matthew J. Van Wagoner
PARSONS BEHLE & LATIMER

Receiver and attorneys for Receiver

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing RECEIVER'S MOTION TO EXTEND RECEIVERSHIP THROUGH JUNE 15, 2020 was filed with the Court's e-filing service this 1st day of May 2020, which sent notice to the following:

Amanda R. Grier (agrier@ftc.gov)
Colleen B. Robbins (crobbins@ftc.gov)
Elsie B. Kappler (ekappler@ftc.gov)
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave. NW, CC-8528
Washington, DC 20580
Attorneys for the Federal Trade Commission

Brett L. Tolman (brett@tolmangroup.com)
THE TOLMAN GROUP
13827 Sprague Lane, Suite 220
Draper, UT 84020
Attorneys for James Martinos

/s/ Alex B. Leeman