# EXHIBIT B

# TO BE FILED SUBSEQUENTLY