IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ELITE IT PARTNERS, INC., a Utah corporation doing business as ELITE IT HOME, and<br><br>JAMES MICHAEL MARTINOS, individually and as an officer of ELITE IT PARTNERS, INC.,<br><br><br>    Defendants. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO VACATE THE JUDGMENT (ECF 169)**<br><br>Case No. 2:19-CV-125-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia Romero |

The Court has reviewed the Unopposed Motion to Extend Deadline for Plaintiff's Response to Defendants' Motion to Vacate the Judgment filed by the Federal Trade Commission. Good cause appearing, the Court hereby ORDERS that Plaintiff's response to Defendants' Motion to Vacate the Judgment shall be filed on or before April 14, 2021.

Dated this ___ day of March 2022.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge