## DECLARATION OF SHARON BALL
## PURSUANT TO 28 U.S.C. § 1746

I, Sharon Ball, declare as follows:

1. I am over 18 years old. I have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify to the facts stated below.

2. I am employed by the Federal Trade Commission as a Senior Redress Accountant. My responsibilities include creating and maintaining records of funds: 1) paid by defendants in connection with monetary judgments; 2) used for redress purposes; and 3) disgorged to the United States Treasury.

3. In connection with the matter of FTC v. Elite IT Partners and James Michael Martinos, the following funds, totaling $355,138.80, were paid on the dates indicated from the following sources:

| Transaction Date | Transaction Number | Description of Activity | Collection Amount |
|---|---|---|---|
| 12/20/2019 | 700146 | Def. James Michael Martinos - Think Mutual Bank | $ 173,500.00 |
| 12/20/2019 | 700146 | Def. James Michael Martinos & Corp, Defendants - Think Mutual Bank | $ 5,599.07 |
| 12/20/2019 | 700146 | Def. James Michael Martinos & Corp, Defendants - Think Mutual Bank | $ 409.11 |
| 12/20/2019 | 700146 | Def. James Michael Martinos & Corp, Defendants - Think Mutual Bank | $ 13,859.06 |
| 2/7/2020 | 570144 | Def. James Michael Martinos & Corp, Defendants - Vanguard Marketing Corp. | $ 16,728.57 |
| 2/28/2020 | 780136 | Def. James Michael Martinos & Corp, Defendants - Wells Fargo | $ 6,577.82 |
| 9/3/2020 | 530102 | Def. Corp Defendants-Thomas Barton (Receiver) | $ 134,996.43 |
| 9/3/2020 | 530102 | Def. Corp Defendants-Parson Behle & Latimer (Receiver Collection) | $ 770.00 |
| 9/8/2020 | 580112 | Def. Corp Defendants-Thomas Barton (Receiver Collection) | $ 2,698.74 |

The funds listed above were the *only funds* paid to the FTC by the Defendants and the Receiver in connection with this matter.

4. Of these funds, $349,112.65 was disbursed to the FTC's redress administrator, Analytics Consulting LLC, $293,037.25 of which was to be distributed to consumers, and

$56,075.40 of which was a fee to Analytics Consulting LLC for the administration of redress.

5. The only funds remaining are $6,026.15, which the FTC has withheld as a reserve for any future costs. No funds have been disgorged to the Treasury.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: April 12, 2022

SHARON BALL
Digitally signed by SHARON BALL
Date: 2022.04.12 11:40:50 -04'00'

Sharon Ball