IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br>v.<br><br>ELITE IT PARTNERS, INC., a Utah corporation d/b/a ELITE IT HOME, and JAMES MICHAEL MARTINOS, individually and as an officer of ELITE IT PARTNERS, INC.,<br><br>　　Defendants. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION**<br><br>No. 2:19-cv-00125-RJS<br><br>Chief District Judge Robert J. Shelby |

　　Having reviewed Defendants' Unopposed Motion for Extension of Time to File Reply,[1] and good cause appearing, the court GRANTS the Motion. Defendants' Reply in Support of the Motion to Vacate the Judgment[2] shall be filed on or before May 12, 2022.

　　SO ORDERED this 18th day of April, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　_____
　　　　　　　　　　　　　　　　　　ROBERT J. SHELBY
　　　　　　　　　　　　　　　　　　Chief United States District Judge

---

[1] Dkt. 177.

[2] Dkt. 169.

1